IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00452-RPM

TRUSTEES OF THE COLORADO LABORERS' HEALTH AND WELFARE TRUST FUND,
TRUSTEES OF THE COLORADO CEMENT MASONS' PENSION TRUST FUND, and
TRUSTEES OF THE COLORADO CEMENT MASONS' JOINT APPRENTICESHIP TRUST FUND,

    Plaintiff(s),

v.

RONALD REDWINE, an individual, and
RONALD REDWINE d/b/a MASTER FLOORS, an unincorporated entity,

    Defendant(s).

## ORDER FOR INJUNCTIVE RELIEF

Pursuant to the recommendation of United States Magistrate Judge O. Edward Schlatter, filed July 1, 2005, it is now

ORDERED AND ADJUDGED that the defendants, Ronald Redwine, an individual, and Ronald Redwine d/b/a Master Floors, an unincorporated entity, shall on or before October 7, 2005, provide to the Trustees of Colorado Laborers' Health and Welfare Trust Fund, the Trustees of the Colorado Cement Masons' Pension Trust Fund, and Trustees of the Colorado Cement Masons' Joint 'Apprenticeship Trust Fund the following documents to permit an audit for the determination of amounts due for fringe benefits under the Colorado Laborers' Health and Welfare Trust Fund, Colorado Cement Masons' Pension Trust Fund, and Colorado Cement Masons' Joint

Apprenticeship Trust Fund from October, 2000, to date, the records to be provided to the trustees at CompuSys of Colorado, Inc., 2821 South Parker Road, Suite 1005, Aurora, Colorado, 80014:

    a.    All payroll records, including employee time cards, copies of all pay checks issued to employees and copies of all other checks evidencing payments to employees;

    b.    All cash disbursement journals or ledgers; and

    c.    All State of Colorado Unemployment Insurance Contribution Reports.

Dated: September 15, 2005

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge