IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00452-RPM

TRUSTEES OF THE COLORADO LABORERS' HEALTH AND WELFARE TRUST FUND,
TRUSTEES OF THE COLORADO CEMENT MASONS' PENSION TRUST FUND, and
TRUSTEES OF THE COLORADO CEMENT MASONS' JOINT APPRENTICESHIP TRUST FUND,

    Plaintiff(s),
v.

RONALD REDWINE, an individual, and
RONALD REDWINE d/b/a MASTER FLOORS, an unincorporated entity,

    Defendant(s).

---

ORDER DECLARING DEFENDANTS IN CONTEMPT AND FOR HEARING ON SANCTIONS

---

On December 9, 2005, this Court issued an Order to Show Cause, requiring defendants Ronald Redwine, an individual, and doing business as Master Floors, an unincorporated entity, to show cause on or before December 29, 2005, why they should not be held in contempt for failure and refusal to comply with the Order for Injunctive Relief entered by this Court on September 15, 2005.  There has been no response filed and on January 17, 2006, the plaintiffs moved for issuance of a contempt citation, alleging that the defendants have not produced the documents ordered by this Court.  Accordingly, it is now

ORDERED the defendants Ronald Redwine, an individual, and doing business as Master Floors, an unincorporated entity, are declared to be in contempt of this court and have defied the requirements of the Order for Injunctive Relief of September 15, 2005, and it is

FURTHER ORDERED that a hearing will be held on **March 24, 2006, at 11:00 a.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado, at which time and place the defendants Ronald Redwine, an individual, and doing business as Master Floors, an unincorporated entity, shall appear and the Court will then and there determine what sanctions shall be imposed for their contempt. Because imprisonment is an appropriate sanction, it is

FURTHER ORDERED that notice of this order shall be given by service of a copy on the defendants by the United States Marshal at the following addresses:

>Ronald Redwine
>Ronald Redwine d/b/a Master Floors
>1480 Oakland Street
>Aurora, CO 80012
>
>Ronald Redwine
>Ronald Redwine d/b/a Master Floors
>669 Peoria Street, #267
>Aurora, CO 80011
>
>Ronald Redwine
>Ronald Redwine d/b/a Master Floors
>998 Vaughn Street
>Aurora, CO 80111.

Dated: January_24th, 2006

>BY THE COURT:
>
>s/Richard P. Matsch
>_____
>Richard P. Matsch, Senior District Judge

Civil Action 05-cv-00452-RPM-OES

I hereby certify that I have mailed the foregoing document to the following:

Ronald Redwine
Ronald Redwine d/b/a Master Floors
1480 Oakland Street
Aurora, CO 80012

Ronald Redwine
Ronald Redwine d/b/a Master Floors
669 Peoria Street, #267
Aurora, CO 80011

Ronald Redwine
Ronald Redwine d/b/a Master Floors
998 Vaughn Street
Aurora, CO 80011

Dated: January 24, 2006

GREGORY C. LANGHAM, CLERK

s/Leslie A. Martin

BY_____
    Deputy