IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00452-RPM

TRUSTEES OF THE COLORADO LABORERS' HEALTH AND WELFARE TRUST FUND,
TRUSTEES OF THE COLORADO CEMENT MASONS' PENSION TRUST FUND, and
TRUSTEES OF THE COLORADO CEMENT MASONS' JOINT APPRENTICESHIP TRUST FUND,

    Plaintiff(s),
v.

RONALD REDWINE, an individual, and
RONALD REDWINE d/b/a MASTER FLOORS, an unincorporated entity,

    Defendant(s).

---

## ORDER COMMANDING APPEARANCE OF RONALD REDWINE

---

This civil action was initiated by the plaintiffs as Trustees of their respective trust funds pursuant to a Collective Bargaining Agreement governing cement masons and laborers.  The defendant, Ronald Redwine, does business as a sole proprietorship under the name Master Floors.  He is signatory and bound by the provisions of the Collective Bargaining Agreement, which require him to make available to the plaintiff Trustees books and records showing payments to workers who were employed by him who are covered by the terms and conditions of the Collective Bargaining Agreement.

The defendant has failed to appear and respond to the complaint in this case and after a hearing by Magistrate Judge O. Edward Schlatter, this Court on September 15, 2005, entered an order for injunctive relief.  A copy of that order is attached to this order as Exhibit A.

On October 24, 2005, the plaintiffs filed a motion for an order to show cause and on December 9, 2005, this Court issued an Order to Show Cause, a copy of which is attached as Exhibit B.

The defendant, Ronald Redwine, failed to respond to the Order to Show Cause as required by December 29, 2005, and this Court then on January 24, 2006, entered an Order Declaring Defendants in Contempt and for Hearing on Sanctions. A copy of that order is attached as Exhibit C. The order for hearing set the date of March 24, 2006, and the time of 11:00 a.m. in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado, as the time and place for Ronald Redwine to appear and directed that the United States Marshal serve a copy of that order on Ronald Redwine and Ronald Redwine d/b/a Master Floors at 1480 Oakland Street, Aurora, Colorado, 80010, and other addresses.

On February 28, 2006, Deputy United States Marshal Kupinski filed a return of service, indicating that he had attempted service on February 2, 2006, when no one was at the address and did on February 28, 2006, serve the order on Gene Upshaw at 1480 Oakland Street in Aurora, Colorado, as the roommate of the defendant Ronald Redwine.

Ronald Redwine did not appear as required on March 24, 2006, at 11:00 a.m. and it is apparent from the marshal's return of service that the defendant Redwine is avoiding personal service and appears to be in complete disregard of this Court's orders and of his responsibility to appear as ordered.

It therefore appears that Ronald Redwine is in further contempt of the authority

of this Court and that he is subject to the sanction of the imposition of a daily fine for his continued refusal to obey the Order for Injunctive Relief of September 15, 2005.  The Court must also consider the sanction of the imprisonment of Ronald Redwine until he purges himself of the contempt.

It is now

ORDERED that Ronald Redwine shall appear before this Court on **May 11, 2006, at 10:00 a.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado, at which time and place this Court will determine what sanction should be imposed for his continuing refusal to obey this Court's orders.  Ronald Redwine shall be entitled to be represented by counsel at this hearing and because he is subject to imprisonment for his continued contempt, it is suggested that Ronald Redwine consult with counsel before the hearing.

A FAILURE TO APPEAR AS REQUIRED BY THIS ORDER MAY RESULT IN THE COURT'S ISSUANCE OF AN ORDER FOR THE ARREST OF RONALD REDWINE BY THE UNITED STATES MARSHAL TO BRING HIM BEFORE THE COURT.  It is

FURTHER ORDERED that because the defendant Ronald Redwine has apparently been avoiding service by the United States Marshal, service of this order shall be made by delivering a copy of it with attachments to Ronald Redwine, wherever he may be found, and pursuant to Fed. R. Civ. P. 4.1 the service shall be made by Professional Investigators, P. O. Box 1343, Arvada, Colorado, 80001, telephone/FAX

number 303-423-9846.

Dated: March 28th , 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge