IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00452-RPM

TRUSTEES OF THE COLORADO LABORERS' HEALTH AND WELFARE TRUST
FUND,
TRUSTEES OF THE COLORADO CEMENT MASONS' PENSION TRUST FUND, and
TRUSTEES OF THE COLORADO CEMENT MASONS' JOINT APPRENTICESHIP
TRUST FUND,

  Plaintiff(s),

v.

RONALD REDWINE, an individual, and
RONALD REDWINE d/b/a MASTER FLOORS, an unincorporated entity,

  Defendant(s).

---

## ORDER FOR ENTRY OF JUDGMENT BY DEFAULT

---

  Upon review of the plaintiffs' Renewed Motion for Default Judgment (Doc. #35),

filed October 25, 2006, together with its attachments, being the transcript of deposition

of Ronald Redwine, taken July 7, 2006; the affidavit of C.P.A. Kurt D. Needles, the

affidavit of Sandra G. Brown and the affidavit of Cynthia A. Coleman, together with the

Clerk's records in this civil action and it appearing that a notice of default was entered

on June 3, 2005, and an order for injunctive relief was entered on September 15, 2005,

followed by a contempt order on July 24, 2006, and the defendant having never

appeared in this matter until ordered by this Court to do so and the deposition and

production of records having then been ordered at a hearing on May 11, 2006, the

Court now

FINDS AND CONCLUDES that the defendants are indebted to the plaintiff Trust Funds for payments under the Collective Bargaining Agreement and Trust Fund documents in the collective amount of $14,722.72 for fringe benefit contributions on which interest is owing in the amount of $9,750.88 with an equal amount of $9,750.88 in lieu of liquidated damages and that the plaintiffs shall also recover costs and attorneys' fees of $10,829.10 for a total judgment of $45,053.58.

It is ORDERED, that the Clerk of this Court shall enter judgment accordingly.

DATED: October 27th , 2006

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge